Shane Singh, Bar No. 202733
ssingh@kringandchung.com
KRING & CHUNG, LLP
2620 J Street, # 1
Sacramento, CA 95816-4381
Telephone:  (916) 266-9000
Facsimile:  (916) 266-9001

Attorneys for Defendant
Lakeland Village Owner's Association

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>                    Plaintiff,<br>          vs.<br><br>Lakeland Village Owners Association,<br><br>                    Defendants. | Case No. 2:10-cv-02074-MCE-KJN (TEMP)<br><br>**STIPULATION AND ORDER REGARDING FILING OF DISPOSITIONAL DOCUMENTS** |

**TO:   The Honorable Court:**

The undersigned parties by and through their respective counsel hereby request that the dispositional date for this matter be continued to July 26, 2011. Local Rule 160.  The reason for this request is that the equitable portion of the settlement in this matter will require the parties to prepare a consent decree and obtain this court's order given the unique characteristics of the subject property.  The parties continue to investigate the parameters of the remediation and this additional time will permit the consent decree to be prepared.

/ / /

/ / /

/ / /

/ / /

/ / /



C:\iFolder\mengland\Home\TO DOCKET CIVIL\10cv2074.stip.0525.doc

**So Stipulated.**

Dated:  May 18, 2011

                KRING & CHUNG, LLP


By:  _/s/ Shane Singh, Esq._
     Shane Singh
     Attorneys for Defendant
     Lakeland Village Owner's
     Association


Dated:  May 18, 2011

                DISABLED ACCESS PREVENTS INJURY, INC.


By:  _/s/ Scott N. Johnson, Esq. (on file with counsel)_
     Scott N. Johnson
     Attorneys for Plaintiff
     Scott N. Johnson


## **ORDER**

Based on the foregoing Stipulation, it is ordered that the date for filing dispositional documents in this matter is hereby continued to July 26, 2011.

Dated:  May 25, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE



C:\iFolder\mengland\Home\TO DOCKET CIVIL\10cv2074.stip.0525.doc